FILED'05 DEC 15 15:55 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID C. MATOTT,                          CV. 03-482-JE

    Petitioner,                     ORDER

   v.

BRIAN E. BELLEQUE,

    Respondent.

JELDERKS, Magistrate Judge.

    Petitioner moves this court for an order dismissing his Petition for Writ of Habeas Corpus. Petitioner's unopposed Motion for Voluntary Dismissal (#46) is GRANTED, and this action is DISMISSED.

    IT IS SO ORDERED.

    DATED this 14 day of December, 2005.

                                         /s/ John Jelderks
                                         John Jelderks
                                         United States Magistrate Judge